UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
        :
CONSORTA CORPORATION,        :
        :
        Plaintiff,        :
        :    24 Civ. 1985 (JPC)
    -v-        :
        :    <u>ORDER</u>
26 CAPITAL ACQUISITION CORP.,        :
        :
        Defendant.        :
        :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      All discovery has now completed. *See* Dkt. 43. By June 9, 2025, the Parties shall submit a joint status letter to the Court advising the Court as to whether the parties request a referral to the assigned Magistrate Judge for a settlement conference or to the Court-annexed mediation program, whether any party plans to file a post-discovery motion, the anticipated grounds for any such motion, and the opposing party's anticipated grounds for opposing the motion. In the event any party plans to file a post-discovery motion, the joint status letter will satisfy the Court's pre-motion letter requirement.

      SO ORDERED.

Dated: June 2, 2025
      New York, New York

                                        JOHN P. CRONAN
                                       United States District Judge