```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
CONSORTA CORPORATION,                                            :
                                                                 :
                              Plaintiff,                         :
                                                                 :     24 Civ. 1985 (JPC)
              -v-                                                :
                                                                 :           ORDER
26 CAPITAL ACQUISITION CORP.,                                    :
                                                                 :
                              Defendant.                         :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On June 2, 2025, the Court ordered the parties to submit a joint status letter by June 9, 2025.  Dkt. 44.  On July 10, 2025, the Court extended that deadline to July 10, 2025.  Dkt. 46.  That deadline has passed, and the parties have not submitted the status letter.  The parties shall submit the joint status letter described in Docket Number 44 by July 14, 2025.

SO ORDERED.

Dated: July 11, 2025
       New York, New York

_____
JOHN P. CRONAN
United States District Judge